David L. Hoffman, Esq., No. 143,474
David@DLHpatent.com
LAW OFFICES OF DAVID L. HOFFMAN
28494 Westinghouse Place, Suite 204
Valencia, California 91355
Telephone: (661) 775-0300
Telefax: (661) 775-9423

Attorneys for Plaintiff,
MERIDIANLINK, INC.



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERIDIANLINK, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DH HOLDINGS, LLC, a limited liability company under the laws of the state of Illinois,<br><br>Defendant. | CASE NO. CV10-2708  (JEMx)<br><br>COMPLAINT FOR:<br>1. DECLARATORY JUDGMENT OF NON-INFRINGEMENT OF PATENT;<br>2. DECLARATORY JUDGMENT OF INVALIDITY OF PATENT;<br>3. ANTI-TRUST VIOLATIONS; AND<br>4. UNFAIR COMPETITION<br><br>JURY DEMAND |

Plaintiff MERIDIANLINK, INC. ("MLI" or "Plaintiff") alleges:

## I. JURISDICTION AND VENUE:

1. This is an action for a declaratory judgment brought by the plaintiff, MERIDIANLINK, INC. against the defendant DH HOLDINGS, LLC ("DHH" or "Defendant") for declaratory relief pursuant to 28 U.S.C. § 2201. Plaintiff also seeks a declaration pursuant to 28 U.S.C §2201 that Defendant's U.S. Patent No.

6,438,526 issued to Dykes et al ("the Patent) is not valid and an order invalidating the Patent.

2. This court has jurisdiction of this matter as follows:

Supplemental or pendent jurisdiction over state law claims under 28 U.S.C. §1267(a);

Federal question jurisdiction under 28 U.S.C. §1331;

Diversity of citizenship jurisdiction under 28 U.S.C. §1332;

Patents and unfair competition jurisdiction under 28 U.S.C. §1338; and

Declaratory judgment jurisdiction under 28 U.S.C. 2201.

3. This action arises out of the transaction of business and the activities of the Plaintiff MLI and Defendant DHH and threatened harm within the territorial jurisdiction of the Central District, including but not limited to having registered a judgment concerning the Patent in the Central District and attempted collection on such judgment. Substantial events relating to the claims alleged herein occurred and are occurring in this judicial district, and on information and belief, potential witnesses reside in this district, and documents are located within this district. Accordingly, venue is proper under 28 U.S.C. §1391(b).

## PARTIES

4. Plaintiff, MLI is a California Corporation organized and existing under the laws of the State of California, and having a principal place of business at 1124 Bristol St., Costa Mesa, California 92626.

5. Upon information and belief, Defendant DHH is a limited liability company under the laws of the state of Illinois, having an address of 11109 Richland Valley Drive, Great Falls, Virginia.

LAW OFFICES OF DAVID L. HOFFMAN
28494 Westinghouse Place, Suite 204
Valencia, California 91355
Telephone: (661) 775-0300

LAW OFFICES OF DAVID L. HOFFMAN
28494 Westinghouse Place, Suite 204
Valencia, California 91355
Telephone: (661) 775-0300

## FACTUAL BACKGROUND

6. Plaintiff, MLI provides various software solutions to banks, mortgage lenders, and other institutions including products for facilitating mortgage loans, opening accounts, checking credit and related products. One such software product is located at www.PriceMyLoan.com (the "PriceMyLoan Product"), where mortgage brokers and others may go to search for a mortgage loan that fits their needs the best. The system is web-based and integrates numerous lenders' underwriting information, credit score information, and performs other functions.

7. On or about September 8, 2008, DHH filed a complaint for patent infringement against MLI in the United States District Court for the Northern District of Illinois (the "Illinois Action"), case number 08-cv-05127, Hon. Charles R. Norgle, Sr. A copy of the complaint (without exhibits) from the Illinois Action is attached as Exhibit A.

8. DHH alleged that the PriceMyLoan Product infringed U.S. Patent No. 6,438,526, allegedly owned by DHH and issued on August 20, 2002, entitled SYSTEM AND METHOD FOR TRANSMITTING LOAN DATA (the "Patent"). A copy of the Patent is attached as Exhibit B.

9. However, it is evident that the Patent, i.e., the Patent's claims, do not apply to MLI's PriceMyLoan Product.

10. The Patent's claims require, among other things, proving a user of software that searches for a loan not only the quote for the loan, and not only the adjustments that factor in to that quote (such as points, interest rate, etc.), but also the adjustments that are available with the quote. That is clear not only from the claims, but also from the patent specification and the file history, where DHH's patent attorney stated that the adjustments are not the adjustments that factor into the quoted loan rate, but are additional available adjustments to the quoted loan.

11. Moreover, the claims require that the user receive a list of potential adjustments from which the user selects the desired adjustments. In fact, the Patent

LAW OFFICES OF DAVID L. HOFFMAN
28494 Westinghouse Place, Suite 204
Valencia, California 91355
Telephone: (661) 775-0300

specification points out that the user-selection is a key distinction from prior systems that automatically calculate the rate.

12. By contrast, in the PriceMyLoan Product, the user does not receive a list of potential adjustments with the quoted rate. In addition, the user does not select the applicable adjustments. The system selects the adjustments. Each of these reasons is individually sufficient to conclude that there is no infringement, and would be clear to the Patent holder, DHH.

13. In addition to DHH having filed suit for infringement in spite of the Patent clearly not covering the PriceMyLoan Product, DHH had the suit purportedly served by certified mail, a method for which there was no statutory authorization. DHH then filed a misleading return of service, in that it purported to have effected service via certified mail. DHH, through its counsel, knew or should have known that the service was ineffective, and that the filing of such a return of service was misleading. Moreover, return of service purported to have been addressed to the agent for service of process, but was not so addressed. A copy of the return of service is attached as Exhibit C.

14. Subsequently, DHH obtained a default judgment as a result of the misleading return of service.

15. On or about November 17, 2009, DHH filed, in the United States District Court for the Central District of California, a "Certification of Judgment for Registration In Another District." The matter was assigned case number 09mc323, and later reassigned case number 09cv9117-ABC, styled DH HOLDINGS, LLC v. MERIDIAN LINK, INC., et al., Hon. Audrey B. Collins ("The Court"). DHH thereafter sought a writ of execution, which was issued by the Clerk of the Court. A copy of the Writ of Execution is attached hereto as Exhibit D.

16. After the Writ of Execution was used to seize some of MLI's assets, MLI brought a motion to vacate the judgment from the Illinois Action. The Court

vacated the judgment. A copy of the order vacating the judgment is attached as Exhibit E.

17. MLI still has a reasonable apprehension of imminent suit, but does not know exactly when DHH may bring suit and wishes to resolve the alleged infringement issue. Moreover, MLI has claims against DHH for anti-trust violations and unfair competition.

**FIRST CAUSE OF ACTION AGAINST DEFENDANT FOR DECLARATORY JUDGMENT OF NONINFRINGEMENT**

18. MLI hereby incorporates the allegations set forth in paragraphs 1 through 17 as though fully set forth hereat.

19. DHH filed suit against MLI claiming that the PriceMyLoan Product infringes the Patent.

20. MLI's PriceMyLoan Product does not infringe the Patent.

21. A dispute currently exists between the parties as to whether MLI's PriceMyLoan Product infringes the Patent.

22. MLI has a real and reasonable concern and apprehension that its continued use of the PriceMyLoan Product will subject MLI to further suit by DHH.

23. An actual, present and probable future controversy has arisen and now exists between MLI and DHH. A judicial determination of the rights and obligations of the parties with respect to whether MLI's use of the the PriceMyLoan Product constitutes infringement of the Patent. It is therefore necessary and appropriate for the Court to hear the dispute.

24. Issuance of a declaratory judgment will settle all aspects of the controversy and will serve a useful purpose in clarifying the legal relations at issue.

25. Furthermore, because MLI will be continuing to the PriceMyLoan Product, a judicial determination of the rights of the parties is important because of

the risk and cost involved with regard to the continued use and sale of the PriceMyLoan Product.

26. Plaintiff MLI desires a judicial determination of the parties' rights and obligations, and a declaration as to same, which determination is necessary and appropriate at this time as set forth above.

## SECOND CAUSE OF ACTION AGAINST DEFENDANT FOR DECLARATORY RELIEF

27. MLI hereby incorporates the allegations set forth in paragraphs 1 through 26 as though fully set forth hereat.

28. MLI contends that the Patent is invalid. Upon information and belief, DHH does not use any of the technology disclosed or claimed in the Patent.

29. MLI also contends that the Patent is invalid and/or unenforceable due to patent misuse, e.g., by asserting the Patent against MLI even though DHH knows or should have known that the Patent does not cover the PriceMyLoan Product, and/or due to DHH's filing a misleading return of service in furtherance of its Illinois Action for patent infringement.

30. MLI further contends that in order for DHH to assert that its Patent's claims cover the PriceMyLoan Product, the Patent's claims must be invalid.

31. DHH has knowingly and/or recklessly misused the Patent and/or improperly asserted such purported Patent against MLI.

32. DHH's knowing and/or reckless misuse and/or improper assertion of such patent rights against MLI has resulted in and proximately caused damage to MLI.

33. DHH's actions have harmed and will continue to harm MLI, and the industry at large, unless enjoined.

34. DHH however contends that the Patent was proper and obtained in good faith and that their Illinois Action was in good faith.

35. An actual, present and probable future controversy has arisen and now exists between MLI and DHH about whether the Patent is invalid and/or unenforceable and/or whether the Illinois Action was filed in good faith based upon an actual and good faith belief that MLI's PriceMyLoan Product would infringe.

36. A judicial determination is necessary and appropriate at this time to determine the rights and obligations of the parties.

### THIRD CAUSE OF ACTION AGAINST DEFENDANT FOR ANTI-TRUST VIOLATIONS

37. MLI hereby incorporates the allegations set forth in paragraphs 1 through 36 as though fully set forth hereat.

38. DHH's actions constitute patent misuse, and are an improper attempt to monopolize and/or restrain trade under the Sherman anti-trust act, 15 U.S.C. §1, entitling MLI to treble damages.

39. DHH has a contract and/or agreement and/or understanding (the "Agreement") with the inventors of the Patent to bring the Illinois Action and charges of patent infringement and restrain trade.

40. Such Agreement is in restraint of trade, and is a cloud on MLI's business. Trade, i.e., interstate commerce, is effected and/or restrained as a result of DHH's actions. MLI cannot safely continue to market and sell the PriceMyLoan Product.

41. MLI has been injured as a result of the restraint of trade.

42. MLI is entitled to an injunction against such Agreement and actions in furtherance of such Agreement, and treble damages and attorneys' fees.

### FOURTH CAUSE OF ACTION AGAINST DEFENDANT FOR UNFAIR COMPETITION

(Unfair Competition Under Cal. Business & Professions Code §17200)

LAW OFFICES OF DAVID L. HOFFMAN
28494 Westinghouse Place, Suite 204
Valencia, California 91355
Telephone: (661) 775-0300

43. MLI alleges and incorporates herein each and every allegation contained in paragraphs 1 through 42 above.

44. DHH's actions, individually and/or collectively, constitute unfair competition under Cal. Business & Professions Code §17200.

45. DHH's unfair competition and/or unlawful actions have resulted in and proximately caused damage to MLI.

## PRAYER

WHEREFORE, Plaintiff prays for judgment against Defendant as follows:

1. For a determination and finding by this Court that Plaintiff's use of the PriceMyLoan product does not infringe the Patent;

2. For a determination and finding by this Court that the Patent is invalid and/or unenforceable;

3. For a determination and finding by this Court that Defendant's engaged in unfair competition and/or patent misuse and/or a Sherman Anti-trust Act violation, causing Plaintiff substantial harm by suing and threatening to sue Plaintiff while knowing and/or recklessly disregarding the fact that the Patent is not infringed by Plaintiff and/or is not valid or is unenforceable due to inequitable conduct;

4. That the Court exercise its power and order the Commissioner of Patents and Trademarks to invalidate the Patent;

5. That Plaintiff be awarded damages caused as a result of Defendant's wrongful actions, and treble damages for the patent misuse and/or anti-trust violations;

6. That Plaintiff be awarded its costs, including expert witness fees and attorneys' fees incurred herein to the extent permitted by applicable law; and

7. That Plaintiff be awarded such and further relief as the court deems just and proper.

Dated: April 13, 2010

LAW OFFICES OF DAVID L. HOFFMAN

By: *[signature]*
David L. Hoffman, Esq.
David@DLHpatent.com
28494 Westinghouse Place, Suite 204
Valencia, California 91355
Telephone: (661) 775-0300
Facsimile: (661) 775-9423

Attorneys for Plaintiff
MERIDIANLINK INC.

## JURY DEMAND

Plaintiff MERIDIANLINK, INC. hereby demands a jury trial on all these claims in the foregoing Complaint.

Dated: April 13, 2010

LAW OFFICES OF DAVID L. HOFFMAN

By: _____
David L. Hoffman, Esq.
Email: David@dlhpatent.com
28494 Westinghouse Place, Suite 204
Valencia, California 91355
Telephone: (661) 775-0300
Facsimile: (661) 775-9423

Attorneys for Plaintiff
MERIDIANLINK, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Margaret M. Morrow and the assigned discovery Magistrate Judge is John E. McDermott.

The case number on all documents filed with the Court should read as follows:

**CV10- 2708 MMM (JEMx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

===================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| [X] **Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] **Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] **Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)        NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

Name & Address:
David L. Hoffman, Esq., No. 143,474
David@DLHpatent.com
LAW OFFICES OF DAVID L. HOFFMAN
28494 Westinghouse Place, Suite 204
Valencia, California 91355

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERIDIANLINK, INC., a California corporation,<br><br>PLAINTIFF(S)<br>v.<br>DH HOLDINGS, LLC, a limited liability company under the laws of the state of Illinois,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV10 2708 MMM (JEMx)<br><br>SUMMONS |

TO: DEFENDANT(S): DH HOLDINGS, LLC, a limited liability company under the laws of the state of Illinois, 11109 Richland Valley Drive, Great Falls, Virginia 22066

   A lawsuit has been filed against you.

   Within __2021__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, __David L. Hoffman__, whose address is 28494 Westinghouse Place, Suite 204, Valencia, California 91355. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: APR 1 4 2010

By: CHRISTOPHER POWERS
   Deputy Clerk

   (Seal of the Court)

SEAL

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (12/07)                    SUMMONS

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
MERIDIANLINK, INC., a California corporation,

**DEFENDANTS**
DH HOLDINGS, LLC, a limited liability company under the laws of the state of Illinois,

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

David L. Hoffman, Esq., No. 143,474, David@DLHpatent.com
LAW OFFICES OF DAVID L. HOFFMAN, 28494 Westinghouse Place, Suite 204, Valencia, California 91355, (661) 775-0300

**Attorneys (If Known)**

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:** JURY DEMAND: ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No   ☐ MONEY DEMANDED IN COMPLAINT: $_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
28 USC §2201 Decl. Judge; 28 USC §1338 Patent; 15 USC §1 Restraint of Trade

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☒ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury- Product Liability | ☐ 443 Housing/Acco- mmodations | | **SOCIAL SECURITY** |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | **IMMIGRATION** | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 463 Habeas Corpus- Alien Detainee | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 465 Other Immigration Actions | | | **FEDERAL TAX SUITS** |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 240 Torts to Land | | | | |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**CV10 2708**

**FOR OFFICE USE ONLY:** Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)   CIVIL COVER SHEET   Page 1 of 2

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☐ No ☒ Yes
If yes, list case number(s): 09-CV-09117-ABC (case closed--just a registration of judgment case)

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)
☒ A. Arise from the same or closely related transactions, happenings, or events; or
☒ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☒ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Illinois |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles and Orange County | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _(signature)_  Date April 13, 2010

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |